JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VERONICA DENNISE GARCIA,
Plaintiff,
v.
DOLLAR TREE STORES, INC.,
Defendants.

Case No. 2:25-CV-08972-SRM-MAR

**ORDER GRANTING RENEWED JOINT STIPULATION TO REMAND CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES [18]**

Before the Court is the Parties' Renewed Joint Stipulation to Remand the Case to Superior County of California, County of Los Angeles. Dkt. 18. The Parties agree that this Court lacks subject matter jurisdiction because Plaintiff Veronica Dennise Garcia and Defendant Jennifer Gonzalez are not diverse. *See id.* at 3; *see also Arbaugh v. Y&H Corp.*, 546 U.S. 500, 506 (2006) ("The objection that a federal court lacks subject-matter jurisdiction . . . may be raised by a party, or by a court on its own initiative, at any stage in the litigation.").

///

///

///

Accordingly, the Parties' Joint Stipulation is **GRANTED**. Dkt. 18. Plaintiff's Motion to Remand is **DENIED AS MOOT**. Dkt. 12. This action is **REMANDED** to the Superior County of California, Los Angeles, Case No. 25STCV23959.

**IT IS SO ORDERED.**

Dated:07/13/26

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE